# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK SCHIAVONE on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANDARICH LAW GROUP, L.L.P., CACH, LLC, and SQUARETWO FINANCIAL CORPORATION,<br><br>Defendants. | Case No.: 3:16-cv-06696-WHO<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF PLAINTIFF'S CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

# ORDER

Having read and considered the Joint Motion to Dismiss filed by Plaintiff Derek Schiavone and Defendant Mandarich Law Group, L.L.P, and good cause appearing, the Court grants the Parties' Joint Motion for Dismissal. This action shall be dismissed WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, Mandarich Law Group, L.L.P., and WITHOUT PREJUDICE as to the class action claims asserted in the lawsuit and the individual claims against CACH, LLC and SquareTwo Financial Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party to bear their own costs and fees.

**IT IS SO ORDERED**.

DATED: 6/22/2018

The Honorbale William H. Orrick
United States District Judge